IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CIRCLE DELIVERY SERVICE, INC.                  PLAINTIFF

vs.                 No. 4-05-CV-804 GTE

STRANGE ENTERPRISES, INC. d/b/a
PHOENIX EXPRESS; and,
ROBERT JENNINGS, Individually                  DEFENDANTS

## CONSENT JUDGMENT

On this date, this cause comes on to be heard, the Plaintiff, Circle Delivery Service, Inc. appearing by its attorneys, Huckabay Munson Rowlett & Moore, PA, and Defendants, Strange Enterprises, Inc. d/b/a Phoenix Express, and Robert Jennings, Individually, appearing by their attorney, Basil V. Hicks, Jr., and by consent of all parties, it is stipulated and agreed that Plaintiff shall have judgment over and against the Defendant, Strange Enterprises, Inc. d/b/a Phoenix Express, in the amount of $31,750.35, and Plaintiff's complaint is dismissed as to Robert Jennings, Individually.

An agreement has been reached between the parties whereby the Defendant, Strange Enterprises, Inc. d/b/a Phoenix Express, agrees to make payments of $500.00 per month from April 1, 2006, to March 31, 2007. Defendant Strange Enterprises, Inc. d/b/a Phoenix Express further agrees to make payments of $1,000.00 per month beginning April 1, 2007, until the indebtedness is paid in full. The Plaintiff agrees to refrain from pursuing collection until such time as the Defendant is more than 30 days in default on the payments. In the event of default, the Plaintiff is entitled to calculate interest from the date of judgment.

It is therefore by the Court considered, ordered and adjudged that Plaintiff, Circle Delivery Service, Inc. shall have judgment against the Defendant, Strange Enterprises, Inc. d/b/a Phoenix Express, in the amount of $31,750.35 and its complaint against Robert Jennings, Individually, is dismissed.

IT IS SO ORDERED.

_____
THE HONORABLE G. THOMAS EISELE

DATE: _March 3, 2006_____

APPROVED:

_____
Basil V. Hicks, Jr.
Attorney for Defendants
PO Box 5670
North Little Rock, AR 72119

APPROVED:

_____
Kara B. Mikles
Attorney for the Plaintiff
Huckabay Munson Rowlett & Moore, PA
400 West Capitol Ave., Ste 1900
Little Rock, AR 72201